UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUANA EMERY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSEPH EMERY; | 2:20-CV-10723-TGB |
| Plaintiff, | ORDER |
| vs. | HONORABLE TERRENCE G. BERG |
| BIOMET INC, ET AL., | |
| Defendants. | |

## ORDER OF DISMISSAL

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv*., 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**. DATED this 18th day of May, 2021.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge